IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JAMES O'DELL WALTON, et al, ) | | |
| ID # 561346, ) | | |
|     Plaintiff, ) | | |
| vs. ) | No. 3:10-CV-1856-M-BH | |
| ) | | |
| PARKLAND HOSPITAL, et al, ) | | |
|     Defendant. ) | | |

ORDER ACCEPTING FINDINGS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing the objections to the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and conducting a *de novo* review of those parts of the Findings and Conclusions to which objections have been made, I am of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court. For the reasons stated in the Findings, Conclusions, and Recommendation of the United States Magistrate Judge, Plaintiff's *Application to Proceed In Forma Pauperis*, received September 16, 2010, (doc. 2) is hereby **DENIED**. By separate judgment, the Court summarily dismisses Plaintiff's claims as barred by 28 U.S.C. § 1915(g) and dismisses the claims on behalf of his relatives without prejudice to the filing of a separate action by counsel or by each plaintiff on his or her own behalf.

    **SO ORDERED** this 13th day of October, 2010.

    _____
    BARBARA M. G. LYNN
    UNITED STATES DISTRICT JUDGE
    NORTHERN DISTRICT OF TEXAS